# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-159-BLG-WWM |
| Plaintiff, | |
| vs. | ORDER |
| ZACHARY DEAN SCHIFFERNS, | |
| Defendant. | |

The United States filed an unopposed motion on February 25, 2026 (Doc. 17) requesting an extension of the deadline to file its expert witness disclosure, which was February 23, 2026. (*See* Doc. 16). Having reviewed the government's motion, and for good cause appearing,

**IT IS HEREBY ORDERED** that the United States' Motion to Extend Expert Witness Disclosure Deadline (Doc. 17) is GRANTED. The United States' expert witness disclosure is due on or before March 2, 2026.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED the 27th day of February, 2026.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE